IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANA LUISA OROPEZA de TOSCANO, et al    )
                                        )
                        Plaintiffs      )
                                        )
                                        )
vs.                                     )   Case No.: MJG 01-3417
                                        )
F.M. HARVEY CONSTRUCTION CO., INC.      )
                                        )
                        Defendant       )

## ORDER

Upon consideration of the Plaintiffs' Motion for Extension of Time and for good cause shown, it is this 14th day of February, 2002,

ORDERED that the Plaintiffs' Motion, be and the same, is hereby granted, and it is further

ORDERED that time within which the Plaintiffs must file a response to the Defendant's Motion to Dismiss is extended for a period of sixty (60) days from the date of this Order.

_____
HONORABLE MARVIN J. GARBIS
JUDGE, UNITED STATES DISTRICT COURT
FOR DISTRICT OF MARYLAND

Copies to:

Gerald I. Holtz, Esquire
HOLTZ & FORET, LLC
Two Wisconsin Circle, Suite 660
Chevy Chase, MD 20815

Robert L. Hebb, Esquire
Semmes Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201