IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANA LUISA OROPEZA de TOSCANO, et al | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | Case No.: MJG 01-3417 |
| | ) | |
| F.M. HARVEY CONSTRUCTION CO., INC. | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

Based upon a telephone conference call between the court and counsel for the parties

herein, it is this 4th day of April, 2002,

ORDERED that time within which the Plaintiffs must file a response to the Defendant's

Motion to Dismiss is extended for a period of one hundred twenty (120) days from the date of

this Order.

HONORABLE MARVIN J. GARBIS
JUDGE, UNITED STATES DISTRICT COURT
FOR DISTRICT OF MARYLAND

Copies to:

Gerald I. Holtz, Esquire
HOLTZ & FORET, LLC
Two Wisconsin Circle, Suite 660
Chevy Chase, MD 20815

Robert L. Hebb, Esquire
Semmes Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201

THE LAW OFFICE OF

## HOLTZ & FORET, LLC

L. PALMER FORET, P.C.

GERALD I. HOLTZ, LLC

April 2, 2002

JODI H. BLECKER

OF COUNSEL

Civil Clerk
United States District Court
for the District of Maryland
Northern Division
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    Ana Luisa Oropeza de Toscano v. F. M. Harvey Construction Co, Inc
              Case No. MJG 01-3417

Dear Sir/Madam Clerk:

      Enclosed please find an Original and 2 copies of the Plaintiffs' proposed Order which has
been prepared at the request of Judge Garbis. I would appreciate if you would present the Order
to the judge for signature.

      Thank you.

                         Very truly yours,

                         Gerald I. Holtz

GIH:maw
Enc.
cc: Honorable Marvin J. Garbis
    Robert L. Hebb, Esquire