IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANA LUISA OROPEZA de TOSCANO,   *
et al.
        Plaintiffs   *

        vs.   *   CIVIL ACTION NO. MJG-01-3417

F.M. HARVEY CONSTRUCTION CO.,   *
INC.
        Defendant   *

*   *   *   *   *   *   *   *   *

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted the motion to Dismiss filed by Defendant.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant F.M. Harvey Construction Co., Inc. against Plaintiffs Ana Luisa Oropeza De Toscano, Individually and as Mother and next Friend of Gerardo Alonso Toscano and Jesus Javier Toscano, Minors; Eleazar Esteban Toscano; and Maria Teresa Macias De Toscano dismissing all claims with prejudice without costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 27th day of August, 2002.

                              Marvin J. Garbis
                              United States District Judge